STEVEN M. WEINBERG (SBN 235581)
SMWeinberg@holmesweinberg.com
SHARONI S. FINKELSTEIN (SBN 271829)
SFinkelstein@holmesweinberg.com
HOLMES WEINBERG, PC
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265
Tel: (310) 457-6100
Fax: (310) 457-9555

Attorneys for Plaintiff
Masterfile Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MASTERFILE CORPORATION,

    Plaintiff,

v.

INTERNATIONAL CUPPING THERAPY ASSOCIATION, a foreign entity of unknown form,

    Defendant.

Case No. **CV11-05135 DMG (Ex)**

**COMPLAINT FOR DAMAGES, PROFITS, INJUNCTIVE AND OTHER EQUITABLE RELIEF FOR FEDERAL COPYRIGHT INFRINGEMENT AND REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION**

Plaintiff Masterfile Corporation ("Masterfile"), by its attorneys Holmes Weinberg, PC, as and for its Complaint against Defendant INTERNATIONAL CUPPING THERAPY ASSOCIATION ("Defendant"), alleges as follows:

## INTRODUCTION

1. This is an action for copyright infringement arising out of Defendant's unauthorized reproduction and use of original copyright protected photographs owned and registered by Plaintiff Masterfile. Masterfile seeks injunctive and monetary relief for copyright infringement under the provisions of the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq.* and for violations of the Digital Millennium Copyright Act, 17 U.S.C. § 1201 *et seq.*

## PARTIES

2. Plaintiff is a well known stock photography agency with offices at 3 Concorde Gate, Fourth Floor, Toronto, Canada. Plaintiff is in the business of licensing reproduction rights in photographs to users for a fee.

3. Upon information and belief, Defendant International Cupping Therapy Association is a foreign entity of form unknown engaged in the business of training massage therapists in cupping techniques and providing massage treatments with offices at 26617 Lake Fenwick Road S, Kent, Washington, 98032.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 17 U.S.C. § 501(b) and 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over Defendant because Defendant, upon information and belief, transacts and does business in California.

6. Venue is proper within this District pursuant to 28 U.S.C. §§ 1391 and 1400.

///

///

HOLMES WEINBERG PC
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

## FACTS

7. On or about May 7, 2010, Plaintiff discovered that Defendant was using four (4) copyrighted photographs owned by Plaintiff (the "Infringed Images") on the website www.massagecupping-nw.com (the "Website") which is owned, developed, and operated by Defendant.

8. Plaintiff has complied in all respects with Copyright Act of the United States and secured the exclusive rights and privileges in and to the copyright in the Infringed Images by registering its claims of copyright in the Infringed Images and receiving certificates of registration from the Copyright Office under the following registration numbers:

| Plaintiff Image Identification Number | Copyright Registration Number | Registration Effective Date |
|---|---|---|
| 700-00018553 | VA 1-023-866 | July 17, 2000 |
| 700-00019190 | VA 1-023-866 | July 17, 2000 |
| 700-00022830 | VA 1-023-866 | July 17, 2000 |
| 700-00023958 | VA 1-023-866 | July 17, 2000 |

Copies of the certificate of registration for these Infringed Images (without the Continuation Sheets), which were registered as individual images within compilations, are attached hereto as Exhibit "A."

9. Without Plaintiff's knowledge or consent, Defendant reproduced these Infringed Images and displayed the unauthorized copies on the Website. Defendant is not, and has never been, licensed or otherwise authorized to use the Infringed Images.

10. Plaintiff notified Defendant that Defendant's unauthorized use of the Infringing Images constitutes copyright infringement, and provided Defendant with

HOLMES WEINBERG PC
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

an opportunity to rectify its infringing conduct, but Defendant refused to so rectify its conduct.

11. Upon information and belief, Defendant's conduct as aforesaid was willful.

## COUNT ONE

### (Copyright Infringement Under 17 U.S.C. § 101 *et seq.*)

12. Plaintiff incorporates by reference each and every allegation contained in paragraphs 1 through 11 above.

13. Defendant's actions as described above constitute infringement of Plaintiff's exclusive rights under its registered copyright in violation of 17 U.S.C. §§ 106 and 501.

14. Plaintiff is entitled to recover damages, which include its actual losses and any and all profits Defendant's have made as a result of its infringing conduct. 17 U.S.C. § 504.

15. Plaintiff is entitled to recover actual damages in no less than the amount of $16,080 or in lieu thereof, at Plaintiff's election, statutory damages in no less than the amount of $600,000, plus attorney's fees and costs.

## COUNT TWO

### (Intentional Removal of Copyright Management Information Under 17 U.S.C. § 1202(b))

16. Plaintiff incorporates by reference each and every allegation contained in paragraphs 1 through 15 above.

17. The Infringed Images copied contained embedded copyright management information protected under 17 U.S.C. § 1202(b).

///

18. Upon information and belief, Defendant intentionally removed the copyright management information with the intent to induce, enable, facilitate, or conceal an infringement of Plaintiff's rights under the Copyright Act.

19. Defendant's conduct as aforesaid is a violation of 17 U.S.C. § 1202(b).

20. By reason of said violation, Plaintiff is entitled to recover statutory damages under 17 U.S.C. § 1203(c) in the maximum amount of $2,500.00 for each of the four (4) circumventions, for a total of $10,000.00, plus costs and attorney's fees.

WHEREFORE, Plaintiff prays for the following relief against Defendant:

A. A judgment from this Court that Defendant (1) infringed Plaintiff's exclusive rights in the Infringed Images, and that this infringement was willful, and (2) wrongfully removed Plaintiff's copyright management information embedded in the Infringed Images, and that such removal was willful.

B. Permanent injunctive relief in the form of an order or orders requiring that Defendant, and its respective officers, directors, principals, representatives, agents, servants, employees, successors and assigns, and all persons acting in concert or participation with each or any of them, or for them, be preliminarily and permanently enjoined and restrained from:

1. copying, reproducing or making any unauthorized use of the Infringed Images or any derivative thereof, in any form; and from

2. importing, manufacturing, producing, distributing, circulating, selling, offering for sale, advertising, promoting, or displaying any simulation, reproduction, counterfeit, or copy of the Infringed Images or any derivative thereof, or causing and/or participating in such importation, manufacturing,

1 producing, distributing, circulating, selling, offering for sale, advertising,
2 promoting, or displaying any such items; and from
3     3.    removing any copyright management information from any
4 other of Plaintiff's images.
5     C.    Preliminary and permanent injunctive relief in the form of an order or
6 orders requiring that Defendant turn over for destruction all unauthorized copies of
7 the Infringed Images and all derivatives thereof (including without limitation the
8 Infringed Images) and any item or thing displaying such copies, electronic and
9 physical, in its possession, custody or control;
10     D.    An award for copyright infringement of actual damages in no less
11 than the amount of $16,080.00 or in lieu thereof, at Plaintiff's election, statutory
12 damages in no less than the amount of $600,000.00, plus attorney's fees and costs;
13     E.    An award of statutory damages for removal of copyright management
14 information in the maximum amount of $2,500.00 for each intentional removal, for
15 a maximum sum of $10,00.00, plus costs and attorney's fees; and
16     F.    Such other and further relief as the Court may deem just and proper.

Dated:    June 20, 2011
              Malibu, California

              HOLMES WEINBERG, PC

By: _____
       Steven M. Weinberg

Attorneys for Plaintiff
MASTERFILE CORPORATION

EXHIBIT "A" TO COMPLAINT



For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
RE:

**VA 1-023-866**

EFFECTIVE DATE OF REGISTRATION

July 17 2000
Month  Day  Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
OFFICIAL SEAL

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
www.masterfile.com

NATURE OF THIS WORK ▼ See instructions
Catalog of images displayed on Internet

PREVIOUS OR ALTERNATIVE TITLES ▼
Masterfile Website

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼  Number ▼  Issue Date ▼  On Pages ▼

**2** NAME OF AUTHOR ▼
a  Masterfile Corporation

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     { Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
Compilation of photographs, illusrations and text

NAME OF AUTHOR ▼
b  See 3 continuation sheets attached
   ÷4

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     { Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map            ☐ Technical drawing
☒ 2-Dimensional artwork     ☒ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3** Year in Which Creation of This Work Was Completed
a  1999 ◀ Year  This Information must be given in all cases.

Date and Nation of First Publication of This Particular Work
b  Complete this information ONLY if this work has been published.
Month  July   Day  8   Year  1999
Canada & USA  ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada  M4W 3R8

APPLICATION RECEIVED
OCT 06 1999
ONE DEPOSIT RECEIVED
OCT 06 1999  July 17, 200
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Copyright assigned contractually

MORE ON BACK  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
              • See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 10 pages

Amended by C.O. By authority of phone call of 1/12/01 and facsimile transmission received on 8/24/00 from Kathy Burgess.

EXAMINED BY  DW

CHECKED BY

☒ CORRESPONDENCE  Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give Previous Registration Number ▼         Year of Registration ▼

Note: Some images may have been previously published and registered

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Previously published database

**6**
a

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised compilation; new photos and new artwork

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼           Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Steve Pigeon
Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada  M4W 3R8
Area code and daytime telephone number  (416) 929-3000        Fax number  (416) 929-9623
Email  spigeon@masterfile.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one {
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Masterfile Corporation/per Steve Pigeon, President          Date  October 6, 1999

Handwritten signature (X) ▼
X _____

Certificate will be mailed in window envelope to this address:

Name ▼ Masterfile Corporation
Number/Street/Apt ▼ 175 Bloor Street East, South Tower, 2nd Floor
City/State/ZIP ▼ Toronto, Ontario, Canada M4W 3R8

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form VA is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dolly Gee and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

**CV11- 5135 DMG (Ex)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Steven M. Weinberg (SBN 235581)
Sharoni S. Finkelstein (SBN 271829)
HOLMES WEINBERG, PC
30765 Pacific Coast Hwy, Suite 411
Malibu, CA 90265
Tel: (310) 457-6100

ORIGINAL

BY FAX

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MASTERFILE CORPORATION, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV11-05135 DMG (Ex) |
| INTERNATIONAL CUPPING THERAPY ASSOCIATION, a foreign entity of unknown form, | SUMMONS |
| DEFENDANT(S). | |

TO:   DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Steven M. Weinberg_____, whose address is _30765 Pacific Coast Highway, Suite 411, Malibu, California 90265_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUN 20 2011

Clerk, U.S. District Court

Dated: _____   By: _____
                                      Deputy Clerk

                                     (Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (12/07)                SUMMONS

Steven M. Weinberg (SBN 235581)
Sharoni S. Finkelstein (SBN 271829)
HOLMES WEINBERG, PC
30765 Pacific Coast Hwy, Suite 411
Malibu, CA 90265
Tel: (310) 457-6100



BY FAX

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MASTERFILE CORPORATION, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV11-05135 DMG (Ex) |
| INTERNATIONAL CUPPING THERAPY ASSOCIATION, a foreign entity of unknown form, | SUMMONS |
| DEFENDANT(S). | |

TO:   DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Steven M. Weinberg_____, whose address is _30765 Pacific Coast Highway, Suite 411, Malibu, California 90265_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

JUN 20 2011

Dated: _____

Clerk, U.S. District Court

JULIE PRADO   SEAL

By: _____
       Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (12/07)                                    SUMMONS

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
MASTERFILE CORPORATION

**DEFENDANTS**
INTERNATIONAL CUPPING THERAPY ASSOCIATION

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Steven M. Weinberg - HOLMES WEINBERG, PC
30765 Pacific Coast Highway, Suite 411, Malibu, CA 90265
(310) 457-6100

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☒ **MONEY DEMANDED IN COMPLAINT:** $ 626,080.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. § 101 et seq. and 17 U.S.C. § 1201 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | | | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | | |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☒ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| | | | ☐ 442 Employment | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | | | |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

CV11-05135

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Toronto, Canada |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Washington |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date June 20, 2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |