JS-6

1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14

| MASTERFILE CORPORATION, | CASE NO. CV11-05135 DMG (Ex) |
|---|---|
| Plaintiff, | |
| vs. | **ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE [15]** |

15
16
17

INTERNATIONAL CUPPING THERAPY ASSOCIATION, a foreign entity of unknown form,

Defendant.

18
19
20
21
22
23
24
25
26
27
28

Quintana Law
Group, APC

Pursuant to Plaintiff Masterfile Corporation and Defendant International Cupping Therapy Association's Stipulation for Entry of Order Dismissing the Complaint Without Prejudice, and for good cause shown,

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The above-captioned action is dismissed without prejudice; and
2. Each party shall bear its own costs and attorney fees herein incurred.

Dated: March 1, 2012

_____
DOLLY M. GEE
United States District Judge